UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: THE MATTER OF SETTOON TOWING, LLC., AS OWNER AND OPERATOR OF THE M/V CHRISTINE, M/V MARSHALL J. SETTOON, AND M/V CATHY M. SETTOON PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: 2:25-cv-02537<br>SECTION:<br>JUDGE:<br>MAGISTRATE JUDGE:<br>ADMIRALTY - Rule 9(h) |

**ORDER**

Considering the Complaint For Exoneration From or Limitation of Liability of Petitioner Settoon Towing, LLC, as owner and operator of the M/V CHRISTINE, M/V MARSHALL J. SETTOON, AND M/V CATHY M. SETTOON, ("Petitioner") and its *Ex Parte* Motion for Temporary Dispensation of Requirement to Post Security (Doc. 2);

**IT IS ORDERED** that Petitioner shall post the security required by 46 U.S. C. § 30511(b) and Supplemental Admiralty Rule F(1) within ninety (90) days from the date of filing of the Complaint. Once Limitation Petitioner has posted security, Limitation Petitioner shall file an *Ex Parte* Motion for Approval of Security, Restraining Order, Notice to Claimants and Other Relief, along with accompanying proposed order(s) and notice(s). Service of this order may be made through the United States Post Office by mailing a conformed copy thereof to potential claimants or to their respective attorneys, or alternatively, delivered by hand.

New Orleans, Louisiana this 30th day of December, 2025.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

EXHIBIT
A