UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF MODERN AMERICAN RECYCLING SERVICES, INC., as Owner and Operator of M/V M.A.R.S. LOKI PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 26-395<br><br>SECTION M (4) |

**ORDER**

A Verified Complaint having been filed herein by Modern American Recycling Services, Inc. (hereinafter referred to as "Petitioner"), as owner and operator of the M/V M.A.R.S. LOKI, for exoneration from or limitation of liability, pursuant to 46 U.S.C. §§ 30501 *et seq*. and Rule F of the Supplemental Rules for Certain Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, for any and all loss of life, injury, loss of property, destruction, or damage caused by, resulting from, or arising out of the incident which occurred on or about August 24, 2025, all as more fully described in the Verified Complaint;

NOW, THEREFORE, on *ex parte* motion of Petitioner,

IT IS ORDERED as follows:

1. Petitioner shall post the security required by 46 U.S.C. § 30511(b) and Supplemental Admiralty Rule F(1) within thirty (30) days from the date of the filing of the Verified Complaint;

2. Once Petitioner has posted security, Petitioner shall file an *ex parte* motion for approval of security, restraining order, notice to claimants and other relief, along with accompanying proposed order(s) and notice(s); and

3. Service of this Order may be made through the United States Post Office by mailing a conformed copy thereof to potential claimants or to their respective attorneys or, alternatively, delivered by hand.

EXHIBIT

C

New Orleans, Louisiana, this 25th day of February, 2026.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE