**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN THE MATTER OF CALLAN MARINE LTD.** | **CIVIL ACTION NO. 2:26-cv-01362**<br><br>**SECTION:**<br><br>**JUDGE:**<br><br>**MAGISTRATE:**<br><br>**Admiralty – Rule 9(h)** |

**ORDER DIRECTING POSTING OF SECURITY AND NOTICE TO THE COURT**

A Complaint having been filed herein by Callan Marine Ltd. (hereinafter "Petitioner"), as owner and operator of the dredge GENERAL ARNOLD, for exoneration from or limitation of liability, pursuant to 46 U.S.C. §§ 30501, *et seq*. and Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, for any and all loss of life, injury, loss of property, destruction, or damage, arising out of the incident which occurred on or about August 4, 2025, and other unspecified times, all as is more fully described in Petitioner's Verified Complaint For Exoneration From and/or Limitation of Liability ("Complaint") (Rec. Doc. 1) filed herein;

**NOW, THEREFORE,** on the motion of counsel for Petitioner:

**IT IS ORDERED** as follows:

**1)** That Petitioner shall post the security required by 46 U.S.C. § 30511(b) and Supplemental Admiralty Rule F(1) within ninety (90) days from the date of filing of the Complaint;

**2)** Once Petitioner has posted security, Petitioner shall file an *Ex Parte* Motion for Approval of Security, Restraining Order, Notice to Claimants and Other Relief, along with accompanying proposed order(s) and notice(s). Service of the foregoing Order, once issued, may be made through the United States Post Office by mailing a conformed copy thereof to potential claimants or

EXHIBIT
D

to their respective attorneys, or alternatively, delivered by hand. THUS DONE AND SIGNED this 5th day of May, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**