UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: THE MATTER OF BKM MARINE, LLC AS OWNER AND OPERATOR OF THE BARGE MONCLA 102 PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. 6:20-cv-1092<br>SECTION<br>JUDGE SUMMERHAYS<br>MAGISTRATE JUDGE HANNA |

**ORDER DIRECTING POSTING OF SECURITY AND NOTICE TO THE COURT**

A Complaint having been filed herein by BKM Marine, LLC, as owner and operator of the barge MONCLA 102, for exoneration from or limitation of liability, pursuant to 46 U.S.C. §§ 30501, *et seq*. and Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, for any and all loss of life, injury, loss of property, destruction, or damage, arising out of the incident which occurred on July 3, 2019 aboard the barge MONCLA 102, all as is more fully described in Limitation Petitioner's Complaint For Exoneration From or Limitation of Liability ("Complaint") filed herein;

**NOW, THEREFORE,** on the motion of counsel for Limitation Petitioner:

**IT IS ORDERED** as follows:

1) That Limitation Plaintiff shall post the security required by 46 U.S. C. § 30511(b) and Supplemental Admiralty Rule F(1) within thirty (30) days from the date of filing of the Complaint;

2) Once Limitation Petitioner has posted security, Limitation Petitioner shall file an *Ex Parte* Motion for Approval of Security, Restraining Order, Dissolution of Warrants for Arrest, Notice to Claimants and Other Relief, along with accompanying proposed order(s) and notice(s).

3) Service of this order may be made through the United States Post Office by mailing a conformed copy thereof to potential claimants or to their respective attorneys, or alternatively, delivered by hand.

EXHIBIT

E

Signed this 25th day of August, 2020.

______________________________
UNITED STATES DISTRICT JUDGE