**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN THE MATTER OF THE COMPLAINT OF RO BOATS, LLC AND REC MARINE LOGISTICS, LLC AS OWNER AND OPERATOR OF THE M/V GOL WORKER, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **CIVIL ACTION NO: 2:26cv01010**<br><br>**SECTION "B" (5)**<br><br>**DISTRICT JUDGE**<br>**HON. IVAN L.R. LEMELLE**<br><br>**MAGISTRATE JUDGE**<br>**HON. MICHAEL B. NORTH**<br><br>**ADMIRALTY – RULE 9(h)** |

**NOTICE TO CLAIMANTS OF COMPLAINT FOR**
**EXONERATION FROM OR LIMITATION OF LIABILITY**

RO Boats, LLC and REC Marine, LLC, as owner and operator of the GOL WORKER ("Limitation Petitioners"), have filed a Complaint pursuant to Title 46 U.S.C. §§ 30501–30512 as amended, claiming the right to exoneration from, or limitation of liability of any loss, claim, injuries, destruction, or alleged damage caused by or resulting from an alleged incident involving the M/V GOL WORKER (Official No. 1140618) occurring on or about October 23, 2023, in the Gulf of Mexico south of Sabine Pass, which is off the coast of Louisiana, as more fully described in the Complaint.

All persons, firms, or corporations asserting claims with respect to which the Complaint seeks exoneration from or limitation of liability are admonished, to file their respective claims, under oath, as provided in Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of the United States District Court for the Eastern District of Louisiana, 500 Poydras St., New Orleans, Louisiana 70130, and must

serve a copy thereof on counsel for Limitation Petitioners on or before the **13th day of January, 2027** or be defaulted.

Any claimant desiring to contest either the right to exoneration from, or the right to limitation of liability, shall file and serve an Answer to the Complaint, unless his or her claim is included in Answer, all as is required by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure or be barred from bringing such action.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**Carol L. Michel**
Name of clerk of court

**Date:** **Jul 15 2026**

L. Guillot
Deputy clerk's signature

Respectfully submitted,

***s/ Aaron B. Greenbaum***


Aaron B. Greenbaum, T.A. (#31752)
Kristian B. Dobard (#36997)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Aaron.Greenbaum@pjgglaw.com
Kristian.Dobard@pjgglaw.com
**ATTORNEYS FOR RO BOATS, LLC AND REC MARINE LOGISTICS, LLC**